# United States Bankruptcy Court
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Maco Steel, Incorporated**<br>8057 Graphic Industrial Drive<br>Belmont, MI 49306<br>Tax ID: 38−2521462<br><br>**Debtor(s)** | **Case Number 07−07346−jrh**<br><br>**Chapter 11**<br><br>**Honorable Jeffrey R. Hughes** |

## ORDER RE: DEBTOR(S) NOVEMBER 27, 2007 APPLICATION

At a session of said Court of Bankruptcy, held in and for said district on 12/28/07.

PRESENT: Honorable Jeffrey R. Hughes
United States Bankruptcy Judge

On November 27, 2007, the Debtor filed a document entitled " Debtor's Application to Employ Accountant ." The United States Trustee has not objected to the employment.

Debtor's employment of Monroe, Sweeris & Tromp, P.L.C. on behalf of the bankruptcy estate is APPROVED.

**Dated:** December 28, 2007

/S/_____
Honorable Jeffrey R. Hughes
United States Bankruptcy Judge

A copy of this order has been returned to **John T. Piggins , Esq.** , for service by mail or other permitted method upon those other parties not served by the CM/ECF electronic notification procedure.